THE HONORABLE KYMBERLY EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARCUS JAMES and MI ZHOU, a married couple in their own capacity and on behalf of their minor son, B.J., and as his guardian,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendant. | No.: 2:22-cv-00772-KKE<br><br>JOINT MOTION AND ORDER OF DISMISSAL |

## I. **STIPULATED MOTION**

The parties have reached a settlement of all claims against all parties.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties stipulate, through their undersigned counsel, to the dismissal of this action with prejudice and without an award of fees or costs to either party.

CERTIFICATE OF SERVICE
NO.: 2:22-CV-00772-RSM

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

DATED:  December 26, 2023

| BROOKS LAW | BULLIVANT HOUSER BAILEY PC |
|---|---|
| By: */s/ Ray C. Brooks*<br>    Ray C. Brooks, WSBA #37768<br>    Email:  ray@lawyerbrooks.com<br><br>Attorney for Plaintiffs | By: */s/ Pamela J. DeVet*<br>    Pamela J. DeVet, WSBA #32882<br>    Email:  pamela.devet@bullivant.com<br>    Caitlyn Mathews, WSBA #60055<br>    E-mail: Caitlyn.mathews@bullivant.com<br><br>Attorneys for Defendant Nationwide Affinity Insurance Company of America |

## ORDER

This action is dismissed with prejudice and without an award of fees or costs to either party.

DATED this 26th day of December, 2023.

*Kymberly K. Evanson* (signature)

Kymberly K. Evanson
United States District Judge

CERTIFICATE OF SERVICE  
NO.: 2:22-CV-00772-RSM

PAGE 2

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930